| | | |
|---|---|---|
| People v Light | 3d Dept: 140 AD3d 1400 (Albany) | denied 8/16/16 (DiFiore, Ch. J.) |
| People v Linton | 1st Dept: 139 AD3d 416 (NY) | denied 8/24/16 (Pigott, J.) |
| People v Little | 4th Dept: 139 AD3d 1356 (Erie) | denied 8/16/16 (DiFiore, Ch. J.) |
| People v Llewellyn | 2d Dept: 138 AD3d 888 (Kings) | denied 8/23/16 (Stein, J.) |
| People v Lockwood | 4th Dept: 140 AD3d 1705 (Onondaga) | denied 8/16/16 (DiFiore, Ch. J.) |
| People v Lorraine | 4th Dept: 138 AD3d 1494 (Niagara) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Louallen | 1st Dept: 137 AD3d 637 (Bronx) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Mack | 2d Dept: 140 AD3d 791 (Kings) | denied 8/23/16 (DiFiore, Ch. J.) |
| People v Maier | 4th Dept: 140 AD3d 1603 (Erie) | denied 8/10/16 (Rivera, J.) |
| People v Maldonado | 4th Dept: 122 AD3d 1379 (Erie) | denied reconsideration 8/1/16 (Rivera, J.) |
| People v Marino | 2d Dept: 135 AD3d 877 (Queens) | denied 8/25/16 (Stein, J.) |
| People v Mathura | 2d Dept: 138 AD3d 888 (Queens) | denied 8/23/16 (DiFiore, Ch. J.) |
| People v Maxey | 4th Dept: 129 AD3d 1664 (Wayne) | denied reconsideration 8/2/16 (Abdus-Salaam, J.) |
| People v May | 2d Dept: 138 AD3d 1024 (Westchester) | denied 8/1/16 (Rivera, J.) |
| People v McCain | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 50 Misc 3d 132(A) (Queens) | granted 8/5/16 (Stein, J.) |
| People v McCrea | 4th Dept: 140 AD3d 1655 (Wyoming) | denied 8/23/16 (DiFiore, Ch. J.) |
| People v Meadow | 4th Dept: 140 AD3d 1596 (Onondaga) | denied 8/4/16 (Stein, J.) |
| People v Medina | 1st Dept: 139 AD3d 460 (NY) | denied 8/24/16 (Pigott, J.) |
| People v Meehan | App Div, 3d Dept, 1/14/16 (Broome) | denied reconsideration 8/1/16 (Fahey, J.) |
| People v Mena | 1st Dept: 2016 NY Slip Op 69493(U) (Bronx) | denied 8/31/16 (Garcia, J.) |
| People v Mendez | 1st Dept: 139 AD3d 495 (NY) | denied 8/2/16 (Abdus-Salaam, J.) |